890

No. 350. BECK *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *James P. Turner* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 359. NAFIE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Morris A. Shenker* and *Murry L. Randall* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 361. COLPO *v.* HIGHWAY TRUCK DRIVERS & HELPERS, LOCAL 107, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA. C. A. 3d Cir. Certiorari denied. *H. B. Rubenstein* and *Harold Leshem* for petitioner.

No. 366. COREY *v.* UNITED STATES; and
No. 387. SMITH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *E. F. Bernard* for petitioner in No. 366. *Kenneth E. Roberts* for petitioner in No. 387. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 369. PERRICONE ET UX. *v.* NEW JERSEY ET AL. Supreme Court of New Jersey. Certiorari denied. *Hayden C. Covington* for petitioners.

No. 372. CADE ET AL. *v.* CITY OF MONROE. Supreme Court of Louisiana. Certiorari denied. *James Sharp, Jr.* for petitioners.